1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT
                                  WESTERN DISTRICT OF WASHINGTON
9                                          TACOMA DIVISION

10   ROBERT WHITE,                              │   Civil No. 3:22-CV-05115-MAT

11          Plaintiff,

12          vs.                                 │   ORDER

13   COMMISSIONER OF SOCIAL SECURITY,

14          Defendant.

15          Based on the stipulation of the parties (Dkt. 16), it is ORDERED that the Commissioner's

16   decision in regard to Plaintiff's application for a period of disability and disability insurance

17   benefits under Title II of the Social Security Act be REVERSED and REMANDED to the

18   Acting Commissioner of Social Security for further administrative proceedings. On remand, the

19   Appeals Council will instruct the Administrative Law Judge to reconsider consider the opinion

20   evidence; obtain medical expert evidence to reassess whether Plaintiff's impairments singly or

21   combined met or equaled a listing; as appropriate, reassess Plaintiff's residual functional

22   capacity; as needed obtain vocational expert evidence to make a new Step 5 finding; and issue a

23   new decision on the issue of Plaintiff's disability through his date last insured.

24          IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

Page 1        ORDER - [3:22-CV-05115-MAT]

1

2         This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g), and

3   Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C.

4   § 2412(d), upon proper request to this Court.

5         DATED this 11th day of July, 2022.

6

7                                                    _____
                                                     MARY ALICE THEILER
8                                                    United States Magistrate Judge

9

10

11  Presented by:

12  s/ Justin L. Martin
    _____
13  JUSTIN L. MARTIN
    Special Assistant United States Attorney
14  Office of the General Counsel
    Social Security Administration
15  701 Fifth Avenue, Suite 2900 M/S 221A
    Seattle, WA 98104-7075
16  Telephone:  (206) 615-3735
    Fax:  (206) 615-2531
17  justin.l.martin@ssa.gov

18

19

20

21

22

23

24